UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EAST BAY LAW,

          Plaintiff,

   v.

FORD MOTOR COMPANY,

          Defendant.

Case No. 15-cv-04257-TEH

**ORDER VACATING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

Defendant has filed a motion to dismiss, or in the alternative, for summary judgment, noticed for hearing on October 30, 2015, and Plaintiff has filed a motion for remand, noticed for hearing on November 9, 2015. To promote judicial economy, the Court will rule on the motion for remand before considering the motion to dismiss. Accordingly, IT IS HEREBY ORDERED that the briefing and hearing schedule on Defendant's motion is VACATED. If this case remains in this Court following consideration of Plaintiff's motion for remand, the Court will set a new briefing and hearing schedule on Defendant's motion at that time.

**IT IS SO ORDERED.**

Dated: 10/26/15

                                          THELTON E. HENDERSON
                                          United States District Judge