UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EAST BAY LAW,

        Plaintiff,

  v.

FORD MOTOR COMPANY,

        Defendant.

Case No. 15-cv-04257-TEH

**ORDER TO SHOW CAUSE**

Plaintiff East Bay Law ("Plaintiff") filed its Complaint on July 23, 2015 in Contra Costa County Superior Court. (Docket No. 2-2.) Defendant Ford Motor Company ("Defendant") removed the action to this Court on September 18, 2015. (Docket No. 1.) On December 30, 2015, Plaintiff filed its First Amended Complaint. (Docket No. 39.) Plaintiff did not seek leave of this Court, nor did it seek a stipulation from Defendant, to file any amended pleading. Therefore, Plaintiff is in violation of Federal Rule of Civil Procedure 15(a)(2).

Accordingly, with good cause appearing, Plaintiff is HEREBY ORDERED to SHOW CAUSE as to why the Court should not impose monetary or other sanctions for its improper filing in violation of the Federal Rules of Civil Procedure. The show cause hearing shall be held on **Monday, January 25, 2016 at 10:00 AM**. Should Plaintiff wish to provide a written response to this Order, it may do so on or before **January 15, 2016**. Defendant need not appear for the hearing.

**IT IS SO ORDERED.**

Dated: 01/06/16    _____
THELTON E. HENDERSON
United States District Judge