1   LAFAYETTE & KUMAGAI LLP
    GARY T. LAFAYETTE (State Bar No. 88666)
2   E-Mail:  glafayette@lkclaw.com
    BRIAN H. CHUN (State Bar No. 215417)
3   E-Mail:  bchun@lkclaw.com
    101 Mission Street, Suite 600
4   San Francisco, California 94105
    Telephone:   (415) 357-4600
5   Facsimile:   (415) 357-4605

6   Attorneys for Defendant FORD MOTOR COMPANY

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11  EAST BAY LAW,                          Case No. 15-cv-04257-TEH

12       Plaintiff,                        **STIPULATED REQUEST TO
                                           CONTINUE CASE MANGEMENT
13  vs.                                    CONFERENCE; [~~PROPOSED~~]
                                           ORDER**
14  FORD MOTOR COMPANY,

15       Defendant.                        Complaint Filed:   July 23, 2015

16

17

18

19

20

21

22

23

24

25

26

27

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**STIPULATION AND REQUEST**

Plaintiff East Bay Law ("Plaintiff") and Defendant Ford Motor Company ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, a Case Management Conference is currently scheduled for February 22, 2016;

WHEREAS, based on the Case Management Conference date, the current deadline to conduct a Rule 26(f) conference is February 1, 2016 and the deadline for the Parties to exchange Initial Disclosures and file a Joint Case Management Statement is currently February 12, 2016;

WHEREAS, on January 13, 2016, Defendant filed a Motion to Dismiss Amended Complaint (Dkt. No. 43) which is currently scheduled to be heard on February 22, 2016; and

WHEREAS, the Parties agree that in the interest of maximizing case efficiency, the deadlines for the 26(f) conference, Initial Disclosures and Joint Case Management Statement should follow after the February 22, 2016 hearing on Defendant's Motion to Dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties, through their respective attorneys of record, that the Case Management Conference be continued to March 21, 2016 at 1:30 p.m., which would also extend the Parties' deadline to conduct a Rule 26(f) conference to February 29, 2016 and the Parties' deadline to exchange Initial Disclosures and file a Joint Case Management Statement to March 14, 2016.

DATED:  January 22, 2016                 LAFAYETTE & KUMAGAI LLP


                                         By:    /s/ *Brian H. Chun*
                                                 BRIAN H. CHUN

                                         Attorneys for Defendant
                                         FORD MOTOR COMPANY


/ / /

/ / /

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1

1 | DATED:  January 22, 2016                    EAST BAY LAW

2

3                                                By:   /s/ *Andrew W. Shalaby*
                                                       ANDREW W. SHALABY

4

5                                                Attorneys for Plaintiff
                                                 EAST BAY LAW

6

7                                **SIGNATURE ATTESTATION**

8          I hereby attest that I have obtained the consent of Andrew W. Shalaby, counsel for

9  Plaintiff, for the filing of this Stipulation.

10

11                                               /s/ *Brian H. Chun*
                                                 BRIAN H. CHUN

12

13                                         **ORDER**

14         For good cause appearing therefor, and pursuant to the parties' stipulation, it is hereby

15 ORDERED that the Case Management Conference be **CONTINUED** to **March 21, 2016 at**

16 **1:30 p.m.**

17 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19 DATED:  _____01/25_____, 2016      _____
                                                 THELTON E. HENDERSON
20                                               United States Senior District Judge

21

22

23

24

25

26

27

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1

STIPULATED REQUEST TO CONTINUE CMC; [PROPOSED] ORDER
(CASE NO. 15-CV-04257-TEH)